IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO AVILA,

    Petitioner,           No. CIV S-10-2857 WBS EFB P

  vs.

ANTHONY HEDGPETH,[1]

    Respondent.         ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file a response to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's January 31, 2011, request is granted and respondent has until March 3, 2011, to file a response to the petition.

DATED: February 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Raul Lopez, Warden of the facility where petitioner currently is located, is hereby substituted as the respondent. *See* Rule 2(a), Rules Governing § 2254 Proceedings; Fed. R. Civ. P. 25(d).