IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO AVILA,

    Petitioner,                       No. CIV S-10-2857 WBS EFB P

    vs.

ANTHONY HEDGPETH,

    Respondent.                    ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 24, 2012, petitioner was granted 30 days to file an amended petition. Dckt. No. 31. On March 22, 2012, petitioner requested an extension of time to file a motion to amend his petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's March 22, 2012 request for an extension of time is granted and petitioner has 30 days from the date of this order to file a motion to amend, together with a proposed amended petition.

Dated: April 3, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE